UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN L. DOUGHERTY,

    Plaintiff,                              No. 16-10089

v.                                        District Judge Arthur J. Tarnow
                                             Magistrate Judge R. Steven Whalen

ESPERION THERAPEUTICS, INC.,
ET AL.,

    Defendants.
_____/

**ORDER**

For the reasons stated on the record on July 25, 2019, Plaintiff's Motion to Challenge Defendants' Confidentiality Designations [Doc. #69] is GRANTED.

Pursuant to Fed.R.Civ.P. 72(a), any objections to this Order must be filed within 14 days of the date of this Order.[1] This Order is STAYED for 14 days, or until further order of the District Judge assigned to this case.

The hearing on this motion, conducted on July 25, 2019, including written transcriptions and electronic recordings of the hearing, is SEALED until further order of the Court.

IT IS SO ORDERED.

Dated: July 30, 2019                                    s/R. Steven Whalen
                                                                     R. STEVEN WHALEN
                                                                     UNITED STATES MAGISTRATE
                                                                     JUDGE

---

[1] A district judge may reconsider a magistrate judge's non-dispositive order "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A).

**CERTIFICATE OF SERVICE**

      I hereby certify on July 30, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on July 30, 2019.

                                                s/Carolyn M. Ciesla
                                                Case Manager for the
                                                Honorable R. Steven Whalen